AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| XTREME DIESEL PERFORMANCE, LLC | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:16-cv-633-OC-32P... |
| XTREME DIESEL PERFORMANCE, LLC | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XTREME DIESEL PERFORMANCE, LLC
334 NE 14TH STREET
OCALA FL 34470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. SUZANNE GREEN, ESQUIRE
BICE COLE LAW FIRM, P.L.
1333 S.E. 25TH LOOP, SUITE 101
OCALA, FL 34471-1071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHERYL L. LOESCH**

*CLERK OF COURT*

Date: October 26, 2016

*Signature of Clerk or Deputy Clerk*